# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Brian Jarrell Dennis,<br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. 21-CR-32<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____December 9, 2020,____ in the county of ____Linn____ in the ____Northern____ District of ____Iowa____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kelly M. Meggers, DEA Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: June 2, 2021

_____
*Judge's signature*

Northern District of Iowa

MARK A. ROBERTS, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kelly M. Meggers, being duly sworn, depose and state that:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offences enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the Iowa Division of Narcotics Enforcement (DNE) and have been since May of 2005. My current assignment is as a Task Force Officer with the Drug Enforcement Administration (DEA) in Cedar Rapids, Iowa. I have been assigned to DEA since April of 2007 and I am responsible for investigating violations of federal controlled substance laws. In April 2007, I was deputized as a DEA Task Force Officer pursuant to the authority granted to the Attorney General by Public Law 99-570, Section 1869, and delegated to the Administrator of the Drug Enforcement Administration, pursuant to Title 28, Code of Federal Regulations, subpart R, Section 0.100, et seq.

3. Prior to my employment with DNE and DEA, I was employed by the Iowa Division of Criminal Investigation (DCI) from March of 2001 until May of 2005. In addition to my formal training with Iowa DNE and Iowa DCI, I have completed DEA Basic Narcotics Investigators School, the Advanced DEA Narcotics Investigators School, Investigating Mexican Drug Trade Organizations, Internet Exploitation Investigations, and various other courses which have familiarized me with the operation of drug trafficking

1

organizations, methods of importation and distribution of controlled substances by drug traffickers, and financial methods of drug traffickers. Based on my training and experience, I am familiar with narcotic traffickers' methods of operation, including the distribution, storage, and transportation of narcotics, and the collection of money proceeds of narcotics trafficking, and methods of money laundering used to conceal the nature of the proceeds. I have conducted or participated in over 100 investigations regarding the unlawful importation, possession, and distribution of controlled substances, as well as related money laundering statutes involving the proceeds of specified unlawful activities and conspiracies associated with criminal narcotics, and am familiar with the federal drug trafficking and money laundering statutes.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agent witnesses. This affidavit is intended to show merely that there is sufficient probable cause to believe Brian Jarrell DENNIS distributed, heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), as alleged in the Complaint, and does not set forth all of my knowledge about this matter.

## CONFIDENTIAL SOURCE

5. CS1 has a criminal history that includes convictions for Operating a Motor Vehicle While Intoxicated, Possession of a Controlled Substance, Assault with Injury, Theft, and Eluding. At the time of CS1's cooperation, CS1 received

2

consideration for charges related to Possession of a Controlled Substance. Due to CS1's cooperation, charges were not filed.

6. Information provided by CS1 to law enforcement has been corroborated, and CS1 is deemed by the investigating agents, including myself, to be reliable.

## PROBABLE CAUSE

### Controlled Purchase on December 9, 2020

7. On October 8, 2020, and on October 23, 2020, investigators met with CS1. During those meetings, CS1 provided information regarding narcotics trafficking by Brian Jarrell DENNIS. According to CS1, DENNIS was distributing heroin in the Cedar Rapids, Iowa area. CS1 indicated that CS1 could conduct a controlled purchase of heroin from DENNIS.

8. On December 9, 2020, members of the Cedar Rapids Police Department narcotics unit and the DEA Task Force met with CS1 for the purpose of conducting the controlled purchase of heroin from DENNIS. CS1 placed a recorded telephone call to DENNIS. During the recorded telephone call, DENNIS agreed to meet with CS1 to sell CS1 heroin. Following the call to DENNIS, CS1 and investigators drove to an apartment complex on Edgewood Rd NW in Cedar Rapids, Iowa. DENNIS arrived a few minutes later driving a black Jeep Cherokee. According to surveillance officers, DENNIS was the lone occupant of the vehicle. Once DENNIS parked, CS1 exited CS1's vehicle and got into DENNIS's vehicle. As a result of this meeting, CS1 purchased approximately 3.5 grams of purported heroin from DENNIS for $500. The

3

meeting was recorded, and investigators' subsequent review of the recording was consistent with CS1's statement that DENNIS sold CS1 the purported heroin. Laboratory testing determined that the substance CS1 purchased from DENNIS contained 2.89 grams fentanyl.

## CONCLUSION

9. Based upon my training and experience, I believe there is probable cause to find that, on December 9, 2020, in the Northern District of Iowa, Brian Jarrell DENNIS knowingly distributed fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

I declare under penalty of perjury that the above-foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Dated this 2nd day of June, 2021.

*[signature]*
KELLY M. MEGGERS
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me by telephonic or other reliable electronic means by Kelly M. Meggers, a Task Force Officer with the Drug Enforcement Administration, on this 2nd day of June, 2021.

*[signature]*
MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa

4